IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

YVETTE YOUNG,

    Plaintiff,

vs.

PAUL FINANCIAL, LLC, et al.,

    Defendants.

No. CIV S-09-1117 FCD EFB PS

ORDER

    This case, in which plaintiff is proceeding *pro se*, is before the undersigned pursuant to E. D. Cal. L. R. ("Local Rule") 72-302(c)(21). *See* 28 U.S.C. § 636(b)(1). On April 28, 2009, defendants Executive Trustee Services, LLC (sued as "ETS Services, LLC") and Mortgage Electronic Registration Systems, Inc. (sued as "Mortgage Electronic Registration System") – who removed this action from state court on April 23, 2009 – filed a motion to dismiss and noticed the matter for hearing on June 17, 2009.

    Plaintiffs have filed neither an opposition or statement of non-opposition to the motion. Local Rule 78-230(c) provides that opposition to the granting of a motion, or a statement of non-opposition thereto, must personally be served upon the moving party, and filed with this court, no later than fourteen days preceding the noticed hearing date or, in this instance, by June 3, 2009. Local Rule 78-230(c) further provides that "[n]o party will be entitled to be heard in opposition

1

to a motion at oral arguments if opposition to the motion has not been timely filed by that party."

Local Rule 83-183, governing persons appearing *in pro se*, provides that failure to comply with the Federal Rules and Local Rules may be ground for dismissal, judgment by default, or other appropriate sanction. Local Rule 11-110 provides that failure to comply with the Local Rules "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." "Failure to follow a district court's local rules is a proper ground for dismissal." *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995). *Pro se* litigants are bound by the rules of procedure, even though pleadings are liberally construed in their favor. *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987).

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. The hearing date of June 17, 2009, is vacated, and continued to July 15, 2009, at 10:00 a.m., in Courtroom No. 25.

2. Plaintiff shall show cause, in writing, no later than July 1, 2009, why sanctions should not be imposed for failure timely to file an opposition or a statement of non-opposition to the pending motion.

3. Plaintiff shall file an opposition to the motion, or a statement of non-opposition thereto, no later than July 1, 2009. Failure to file an opposition will be deemed a statement of non-opposition to the pending motion.

SO ORDERED.

DATED: June 5, 2009.

EDMUND F. BRENNAN
U.S. MAGISTRATE JUDGE

2